# Court of Appeals
# of the State of Georgia

ATLANTA,__October 22, 2014____

*The Court of Appeals hereby passes the following order:*

**A15D0078.  HUGH DAVID COHERD v. KRYSTAL JOY LUCADO.**

Hugh David Coherd filed this application for discretionary appeal from the trial court's order denying his petition for downward modification of child support based upon a prior waiver.  Krystal Joy Lucado filed a motion to transfer the application to the Supreme Court based upon its exclusive jurisdiction over divorce and alimony cases. See Georgia Const. of 1983, Art. VI, Sec. VI, Par. III (6).

The Supreme Court has made clear that it has jurisdiction over a claim for child support that arises in either divorce or alimony proceedings.  See *Spurlock v. Department of Human Resources*, 286 Ga. 512, 513 (690 SE2d 378) (2010). Accordingly, Lucado's motion to transfer is hereby GRANTED, and this application for discretionary appeal is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,_____10/22/2014_____*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*